CLOSED,1983-PLAN,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-08313-MGC

| | |
|---|---|
| Almon et al v. The City of New York et al | Date Filed: 11/13/2012 |
| Assigned to: Judge Miriam Goldman Cedarbaum | Date Terminated: 03/12/2014 |
| Cause: 42:1983 Civil Rights Act | Jury Demand: Both |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

Tara Almon　　　　represented by **Michael Colihan**
Michael Colihan
44 Court Street Rm 906
Brooklyn, NY 11201
(718) 488-7788
Fax: (718) 694-0357
Email: michaelcolihan@aol.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sherrif Alabiajidabba　　　　represented by **Michael Colihan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Rylawn Walker　　　　represented by **Michael Colihan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

The City of New York　　　　represented by **Pernell Michael Telfort**
New York City Law Department
100 Church Street
New York, NY 10007
(212)-442-4050
Fax: (212)-788-9776
Email: ptelfort@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Police Officer John Doe 1-5

**Defendant**

P.O. Lee Wittek
*Sh. #24768*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2012 | 1 | COMPLAINT against John Doe 1-5, The City of New York. (Filing Fee $ 350.00, Receipt Number 052929)Document filed by Tara Almon, Rylawn Walker, Sherrif Alabiajidabba.(rdz) (mqu). (Entered: 11/26/2012) |
| 11/13/2012 | | SUMMONS ISSUED as to All Defendants. (rdz) (Entered: 11/26/2012) |
| 11/13/2012 | | Magistrate Judge Debra C. Freeman is so designated. (rdz) (Entered: 11/26/2012) |
| 11/13/2012 | | Case Designated ECF. (rdz) (Entered: 11/26/2012) |
| 11/28/2012 | | NOTICE OF PARTICIPATION IN SECTION 1983 PLAN: Unless otherwise ordered, this case shall participate in the Southern District of New York's Plan for Certain Section 1983 Cases against The City of New York (the "Section 1983 Plan"). Please reference the Court's website to review the Section 1983 Plan for important information.(jno) (Entered: 11/28/2012) |
| 12/03/2012 | 2 | AFFIDAVIT OF SERVICE. The City of New York served on 11/29/2012, answer due 12/20/2012. Service was accepted by Dmitri Orloff. Document filed by Tara Almon. (Colihan, Michael) (Entered: 12/03/2012) |
| 12/03/2012 | 3 | AFFIDAVIT OF SERVICE of CPL 160.50 Release served on The City of New York on 11/29/2012. Service was accepted by Dmitri Orloff. Document filed by Rylawn Walker. (Colihan, Michael) (Entered: 12/03/2012) |
| 12/03/2012 | 4 | AFFIDAVIT OF SERVICE of CPL 160.50 release served on The City of New York on 11/29/2012. Service was accepted by Dmitri Orloff. Document filed by Sherrif Alabiajidabba. (Colihan, Michael) (Entered: 12/03/2012) |
| 12/18/2012 | 5 | FIRST AMENDED COMPLAINT amending 1 Complaint against John Doe 1-5, The City of New York, Lee Wittek with JURY DEMAND.Document filed by Tara Almon, Rylawn Walker, Sherrif Alabiajidabba. Related document: 1 Complaint filed by Sherrif Alabiajidabba, Rylawn Walker, Tara Almon.(sac) (Entered: 12/21/2012) |
| 02/27/2013 | 6 | ANSWER to 1 Complaint with JURY DEMAND. Document filed by The City of New York.(Telfort, Pernell) (Entered: 02/27/2013) |
| 02/27/2013 | | SECTION 1983 PLAN 100-DAY REVIEW: The mediator shall be available to the parties throughout the discovery phase of the Plan and shall schedule and hold the first mediation session in the case within ten (10) days of the close of the discovery period. In the event that the mediation cannot begin within the time set forth herein, the assigned mediator shall promptly notify the Mediation Supervisor of the date by which the mediation will begin and the reason for the delay. The mediator shall correspond with the Mediation Office to arrange a mutually convenient date |

| | | |
|---|---|---|
| | | and time to hold the first session. 1983-Plan Review due by 6/7/2013. Mediator to be Assigned by 3/11/2013.(rpr) (Entered: 02/28/2013) |
| 02/27/2013 | | NOTICE OF SELECTION FOR MEDIATION: This case has been selected for participation in the Southern District of New York's mediation program.(rpr) (Entered: 02/28/2013) |
| 03/01/2013 | | NOTICE OF MEDIATOR ASSIGNMENT - Notice of assignment of mediator.(cda) (Entered: 03/01/2013) |
| 03/13/2013 | | Minute Entry for proceedings held before Judge Miriam Goldman Cedarbaum: Initial Pretrial Conference held on 3/13/2013. The parties are directed to exchange initial disclosures promptly. A jointly completed Case Management Plan is to be submitted to chambers within ten days. (Daniels, Anthony) (Entered: 03/13/2013) |
| 05/21/2013 | | Terminate Mediation Case Tracking Deadlines: 1983-Plan Review Deadline. (rpr) (Entered: 05/21/2013) |
| 03/12/2014 | 7 | STIPULATION AND ORDER OF DISMISSAL: The parties have reached a settlement agreement. The above-referenced action is hereby dismissed with prejudice. (Signed by Judge Miriam Goldman Cedarbaum on 3/11/2014) (ja) (Entered: 03/12/2014) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/23/2015 10:58:20 | | |
| PACER Login: | mc6552vette:3361124:0 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:12-cv-08313-MGC |
| Billable Pages: | 2 | Cost: | 0.20 |