UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/7/2015

RYLAWN WALKER,

               Plaintiff,

– against –

THE CITY OF NEW YORK, P.O. JOHN DOE 1-5, P. O. DANIEL PANTALEO, JOSEPH TORRES, SGT. IGNAZIO CONCA, P. O. CHRISTIAN CATALDO, CAPT. MARK MOLINARI, P. O. WHITE, P. O. HERBERT, SGT. CHERNYAVSKY, P.O. PHILIP VACCARINO, P.O. GREGORY HOWARD, and LT. SCOTT SWEENEY,

               Defendants.

**ORDER**

14-CV-808 (ER)

RAMOS, D.J.:

      By letter dated August 31, 2015, Plaintiff (1) acknowledged that while being represented by the same lawyer, he previously settled a federal lawsuit against members of the New York City Police Department arising out of the same set of facts that is the subject of this lawsuit; and (2) voluntarily dismissed this case. Doc. 85.

      The Clerk of the Court is respectfully directed to terminate the petition and close the case. It is SO ORDERED.

Dated: October 7, 2015
       New York, New York

                                        EDGARDO RAMOS, U.S.D.J.